```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  DAVID T. RYAN
    Assistant United States Attorney
 3  Chief, National Security Division
    LAUREN RESTREPO (Cal. Bar No. 319873)
 4  Assistant United States Attorney
    Deputy Chief, Cyber & I.P. Crimes Section
 5        1500 United States Courthouse
          312 North Spring Street
 6        Los Angeles, California 90012
          Telephone: (213) 894-3825
 7        Facsimile: (213) 894-2927
          Email:     lauren.restrepo@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

```
FILED
CLERK, U.S. DISTRICT COURT
11/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AF_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-CR-00595-JWH |
|---|---|
| Plaintiff, | [PROPOSED] AMENDED ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| AHMED HOSSAM ELDIN ELBADAWY, et al., | **(UNDER SEAL)** |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until one of the defendants is taken into custody on the charges contained in the indictment. The government is further authorized to publicly disclose the indictment

1

at the time the Department of Justice publicly discloses the details of the FBI's investigation in this matter.

November 21, 2024
DATE

/ S / Sagar
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE