1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,         Case No. 2:24-CR-00595-JWH-1
12          Plaintiff,
                                      **ORDER FOR INTERLOCUTORY SALE OF**
13             v.                     **DEFENDANT AHMED HOSSAM ELDIN**
                                      **ELBADAWY'S CRYPTOCURRENCY**
14  AHMED HOSSAM ELDIN ELBADAWY, et
    al.,
15
            Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

For good cause appearing, and pursuant to the parties' stipulation, it is hereby **ORDERED** that the following assets (collectively, the "Seized Cryptocurrency") shall be sold in accordance with the procedures set forth in the concurrently filed stipulation:

1. 174.93507503 Bitcoin seized from Defendant on March 1, 2023, and currently held in a Bitcoin address ending HrjVKp; and

2. 1,306.745425583278022653 Ethereum seized from Defendant on March 1, 2023, and held in a Ethereum address ending c4b49f.

**IT IS SO ORDERED.**

_September 18, 2025_
Date

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE