CHRISTOPHER DOWNEY (Bar No. 00787393)
2814 Hamilton Street
Houston, Texas 77004
Telephone: 713-651-0400
Email: chris@downeylawfirm.com

Attorney for Defendant
Ahmed Elbadawy

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AHMED HOSSAM ELDIN ELBADAWY,<br><br>　　　　Defendant | Case No.: 2:24-CR-00595-JWH- 1&3<br><br>**UNOPPOSED REQUEST FOR PERMISSION TO TRAVEL** |

　　Ahmed Elbadawy, through his counsel of record, Christopher Downey, respectfully requests the Court approve his request for permission to travel to Miami, Florida between September 24, 2025 and September 27, 2025.

　　Pretrial Services and the United States by and through AUSA Lauren Restrepo do not object to this request.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　DATED: September 23, 2025　　　By /s/ *Christopher Downey*
　　　　　　　　　　　　　　　　　　　CHRISTOPHER DOWNEY
　　　　　　　　　　　　　　　　　　　Attorney for Ahmed Elbadawy

**DECLARATION OF DEFENDANT**

I, Ahmed Elbadawy, declare:

1. I am one of the defendants in 2:24-CR-00595-JWH-1&3 United States v. Ahmed Hossam Eldin Elbadawy.

2. The purpose of this declaration is to provide some context into why I am asking the court for permission to travel at this time.

3. I have not travelled since the filing of this case and would like this opportunity to visit family and friends in the Miami area.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 23, 2025.

/s/ Ahmed Elbadawy
Ahmed Elbadawy

# DECLARATION OF COUNSEL

I, CHRISTOPHER DOWNEY, declare:

1. I am an attorney licensed in the State of Texas. I am the attorney of record representing Mr. Elbadawy *pro hac vice*.

2. On September 19, 2025, my office contacted government counsel via email about this request. AUSA Lauren Restrepo responded that the government had no objection.

3. On September 19, 2025, my office contacted the United States Probation Officer and informed them about this request. The United States Probation Officer indicated they were unopposed on September 23, 2025.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 23, 2025.

*/s/ Christopher Downey*
CHRISTOPHER DOWNEY