UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:24-cr-00595-JWH                                          Date: 10/16/2025

Present: The Honorable: Karen E. Scott, United States Magistrate Judge

Interpreter                                                         Language

| Jazmin Dorado | CS 10/16/2025 | Lauren Restrepo |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond     Attorneys for Defendants: ✓ Present  Retained

Ahmed Hossam Eldin Elbadawy                                          Ryan Patrick

**Proceedings: Arraignment of Defendant and/or**     Assignment of Case     Appointment of Counsel
                                                    Initial Appearance

* Defendant is arraigned and the Court does not question defendant as to true name.
* Defendant acknowledges having received a copy of the First Superseding Indictment and waives reading thereof.
* Defendant pleads "not guilty" to all counts of the First Superseding Indictment.
* This case is assigned to Judge John W. Holcomb.
* All previously set dates remain.
* Government counsel provides trial estimate of 1 week.
* Counsel are ordered to contact the courtroom deputy clerk regarding the setting of dates for the guilty plea and all further proceedings.

cc:  PSALA         PSAED         ✓ PSASA         Initial Appearance/Appointment of Counsel: _____ : _____
     USMLA         USMED         ✓ USMSA                                      Arraignment: 00 : 04
     Statistics Clerk            Interpreter
     CJA Supervising Attorney    Fiscal                         Initials of Deputy Clerk: jd