CHRISTOPHER DOWNEY
Attorney for Defendant
The Downey Law Firm
2814 Hamilton Street
Houston, Texas 77004

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S) v. Ahmed Hossam Eldin Elbadawy DEFENDANT(S). | CASE NUMBER: 4:24-CR-00595-JWH-1 **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents)**

DEFENSE EX PARTE APPLICATION AND PROPOSED ORDER FOR AN ORDER SEALING DOCUMENT [FILED UNDER SEAL]; DEFENSE UNDER SEAL DOCUMENT [FILED UNDER SEAL] (WITH SERVICE ON PARTIES).

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________
☐ Other:

September 2, 2026
Date

Christopher Downey
Attorney Name

Ahmed Elbadawy
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*