LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
National Security Division
312 N. Spring Street, 15th, Fl.,
Los Angeles, CA 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S) | CASE NUMBER: 2:24-CR-00595-JWH-1 |
| v. AHMED HOSSAM ELDIN ELBADAWY, DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION AND [PROPOSED] ORDER FOR AN ORDER SEALING DOCUMENT [FILED UNDER SEAL]; GOVERNMENT'S UNDER SEAL DOCUMENT [FILED UNDER SEAL] (WITH SERVICE ON PARTIES).

**Reason:**

- ☑ Under Seal
- ☐ In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: ____________________
- ☐ Other:

September 3, 2026
Date

LAUREN RESTREPO
Attorney Name

UNITED STATES OF AMERICA, PLAINTIFF
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*