UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No. 2:24-cr-00595-JWH Date: September 18, 2026

Present: The Honorable: JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

Interpreter: N/A

| Clarissa Lara | Deborah Parker | Lauren Restrepo |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant | Present | Bond | Citation | Attorneys for Defendant: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Ahmed Hossam Eldin Elbadawy | X | X | | Christopher J. Downey, Retained | | X | X |

**Proceedings: SENTENCING**

Counsel state their appearances. Also present is United States Probation Officer Bryant Coffman. A Restitution Hearing is **SET** for October 30, 2026, at 1:00 p.m.

Sentencing hearing held. See separate Judgment and Commitment Order.

**IT IS SO ORDERED.**

cc: BOP, USMS, USPPO

01:02

**Initials of Deputy Clerk** cla